NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**SECURUS TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**GLOBAL TEL\*LINK CORPORATION,**
*Appellee*

_____

2016-1372, 2016-1373

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00493, IPR2014-00749.

_____

**JUDGMENT**

_____

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellant. Also represented by DANIEL C. TUCKER.

BYRON LEROY PICKARD, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee. Also represented by LORI A. GORDON, MICHAEL BRADLEY RAY, MICHAEL D. SPECHT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 8, 2016   /s/ Peter R. Marksteiner
  Date       Peter R. Marksteiner
           Clerk of Court